# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JOSHUA G. BELK,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-301-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of plaintiff.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ S. Vogel
by Deputy Clerk

_____2/15/08_____
Date