IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSHUA G. BELK,

               Plaintiff,                             ORDER

      v.                                                  07-cv-301-bbc

FEDERAL BUREAU OF PRISONS,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Judgment was entered in this case on February 15, 2008. In an order entered on the same day I permanently enjoined defendant from relying on 28 C.F.R. §§ 570.20 and 570.21 in determining plaintiff's eligibility for transfer to a halfway house. A few weeks later plaintiff filed a motion to enforce the injunction and I gave defendant until April 1, 2008, in which to serve and file a response to the motion and plaintiff until April 8, 2008 to reply.

      Now plaintiff has submitted a document titled, "Motion to Dismiss," in which he says that "[o]n March 25, 2008, the Unit Team at FPC Oxford . . . gave plaintiff an individualized placement plan" and has "requested additional halfway house placement to be given to plaintiff." I construe plaintiff's "Motion to Dismiss" as a motion to withdraw his motion to enforce the permanent injunction. The motion to withdraw will be granted.

1

ORDER

IT IS ORDERED that plaintiff's "Motion to Dismiss," (dkt. #27), which I construe as a motion to withdraw his motion to enforce the injunction (dkt. #26) is GRANTED.

Entered this 2nd day of April, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge